UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

TRE CLARKE and EUNIQUE EAVES,

                                          Plaintiffs,

                    -against-

Police Officer PETER SEGERDAHL, Shield No. 25330; Sergeant NICHOLAS KULIECZA; and JOHN DOE 2 through 4, the names being fictitious and presently unknown, individually and in their official capacities,

                                          Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13CV06885 (FB) (MDG)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

HARVIS WRIGHT & FETT LLP
*Attorneys for Plaintiffs*
305 Broadway, 14th FLoor
New York, NY 10007

By: _____
Gabriel Harvis
*Attorney for Plaintiffs*

HARVIS WRIGHT & FETT LLP
*Attorneys for Plaintiff*
305 Broadway, 14th FLoor
New York, NY 10007
(212) 323-6880

By: _____
Gabriel P Harvis
*Attorney for Plaintiff*

Dated: New York, New York
       _____, 2014

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendant Police Officer Peter Segerdahl*
100 Church Street, Rm. 3-159c
New York, New York 10007

By: _____
Daniel Braun
*Special Assistant Corporation Counsel*

SO ORDERED:

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE